District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Dmitiry Solod,<br><br>Petitioner<br><br>   vs.<br><br>Lowell Clark, Warden of Northwest Detention Center, et al.,<br><br>Respondents | CASE NO. C20-654-RSM-BAT<br><br>STIPULATION AND AGREED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Petitioner and Respondents, through their undersigned counsel, hereby STIPULATE, AGREE, AND JOINTLY REQUEST as follows:

Petitioner, Dmitriy Solod, has been released from custody and therefore the parties JOINTLY REQUEST that this case, having become moot, may be DISMISSED without prejudice.

DATED this 19th day of May, 2020.

   /s/ Robert Pauw
ROBERT PAUW
Gibbs Houston Pauw
1000 Second Ave., Suite 1600
Seattle, WA  98104
Phone:  206-682-1080
Email:  rpauw@ghp-law.net

BRIAN T. MORAN
United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, Washington 98402
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov

Attorneys for Defendants

## ORDER

The Parties having so stipulated, this Court hereby orders that this case be dismissed without prejudice.

DATED this 19th day of May, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE